UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| CALIFORNIA UNION SQUARE L.P., <br><br> Petitioner, <br><br> v. <br><br> SAKS & COMPANY LLC, <br><br> Respondent. | Case No. 3:16-cv-04043-HSG <br><br> ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE |

Defendant Saks & Company LLC requests that its counsel, Anthony J. Oliva, appear by telephone at the October 18, 2016 Case Management Conference.

Defendant's request is hereby GRANTED. Anthony J. Oliva may appear by telephone at the October 18, 2016 Case Management Conference. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: October 18, 2016

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
Judge, United States District Court

Case No.  3:16-cv-04043-HSG
[PROPOSED] ORDER

1058039.01/LA