UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA UNION SQUARE L.P., | Case No. 4:16-cv-04043-HSG |
| Petitioner, | **ORDER GRANTING PETITIONER CALIFORNIA UNION SQUARE L.P.'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| SAKS & COMPANY LLC, | |
| Respondent. | |

1    The Court has reviewed Petitioner California Union Square L.P.'s Request to Appear by
2    Telephone at Case Management Conference, and, good cause appearing, hereby GRANTS the
3    Request.

4    Petitioner may appear telephonically at the October 18, 2016 Case Management
5    Conference in this matter. Counsel shall contact CourtCall at (866) 582-6878 to make
6    arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: October 18, 2016

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court
Northern District of California