1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9
10
11

| | |
|---|---|
| CALIFORNIA UNION SQUARE L.P., | Case No. 4:16-cv-04043-HSG |
| Petitioner, | **ORDER GRANTING PETITIONER CALIFORNIA UNION SQUARE L.P.'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| SAKS & COMPANY LLC, | |
| Respondent. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  The Court has reviewed Petitioner California Union Square L.P.'s Request to Appear by
2  Telephone at Case Management Conference, and, good cause appearing, hereby GRANTS the
3  Request.
4  Petitioner may appear telephonically at the March 14, 2017 Case Management Conference
5  in this matter.   Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the
6  telephonic appearance.

**IT IS SO ORDERED.**

Dated: March 9, 2017

*[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge
United States District Court
Northern District of California