UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| CALIFORNIA UNION SQUARE L.P., | Case No. 4:16-cv-04043-HSG |
| Petitioner, | ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE |
| v. | |
| SAKS & COMPANY LLC, | |
| Respondent. | |

The Court has reviewed Defendant Saks & Company LLC's Request to Appear by Telephone at Case Management Conference, and, good cause appearing, hereby GRANTS the Request.

Petitioner may appear telephonically at the March 14, 2017 Case Management Conference in this matter. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: March 10, 2017

Hon. Haywood S. Gilliam, Jr.
Judge, United States District Court

Case No. 3:16-cv-04043-HSG
[PROPOSED] ORDER GRANTING REQUEST
TO APPEAR BY TELEPHONE

1072663.01/LA